**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RAYMOND AULTMAN,<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>QUICKTRIP CORPORATION, ABC CORP., AND JOHN DOE,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:21-CV-03346-SDG |

## J U D G M E N T

This action having come before the court, Steven D. Grimberg, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED with prejudice** for want of prosecution under Fed. R. Civ. P. 41(b) and NDGa, LR 41.3 (A).

Dated at Atlanta, Georgia this 18th day of May, 2022.

　　　　　　　　　　　　　　　　　　KEVIN P. WIEMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/Jennifer K. Brown
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
May 18, 2022
Kevin P. Weimer
Clerk of Court


By:  s/Jennifer K. Brown
　　　　Deputy Clerk